55 A.3d 63

IN THE MATTER OF PAUL JAMES CURRERI, AN ATTORNEY
AT LAW (ATTORNEY NO. 015921987).

November 5, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–066, concluding that **PAUL JAMES CURRERI** of **TOTOWA,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.2(d) (assisting client in fraudulent conduct), *RPC* 1.5(b) (failure to provide written fee agreement), *RPC* 1.7(a)(concurrent conflict of interest); and *RPC* 8.4(c)(dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PAUL JAMES CURRERI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.